**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6732**

_____

JESSIE BENJAMIN KINDLEY, SR.,

Plaintiff - Appellant,

versus

SERGEANT HICKS, Corrections Officer; SGT.
COLEMAN, Corrections Officer; CORPORAL HYTE,
Corrections Officer; CORPORAL BOWERS,
Corrections Officer; SERGEANT LEA, Corrections
Officer; RON ANGELONE, Executive Director;
DOCTOR WRAY, Physician - Mecklenburg Medical;
DOCTOR STURMER, Physician; MRS. WETHERBEE,
Head Nurse - Mecklenburg Medical; SERGEANT
FAGAN, Internal Affairs,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-01-768-2)

_____

Submitted: September 5, 2002      Decided: September 10, 2002

_____

Before MOTZ, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jessie Benjamin Kindley, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jessie Benjamin Kindley, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Kindley's motions for discovery and production of documents and affirm on the reasoning of the district court. See Kindley v. Hicks, No. CA-01-768-2 (E.D. Va. Apr. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2